UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, | No. C-11-5482 EMC |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING** |
| ISAAC K. KASHAMA, *et al.*, | **(Docket No. 35)** |
| Defendants. _____/ | |

       Plaintiff Century Surety Company has filed suit against Defendants Osman Othman and Isaac K. Kashama. The claims against Mr. Othman are currently subject to a bankruptcy stay. After Mr. Kashama failed to respond to the complaint, the Clerk of the Court entered his default on May 25, 2012. *See* Docket No. 33 (notice). Century has now filed a motion for default judgment against Mr. Kashama. Having reviewed the motion and accompanying submissions, the Court hereby orders Century to provide supplemental briefing on the following issues.

       (1)     Whether a default judgment against Mr. Kashama should be deferred pursuant to *Frow v. De La Vega*, 82 U.S. 552 (1872), in which the Supreme Court held that, under certain circumstances, a court should not enter a default judgment against one or more defendants which is, or likely to be, inconsistent with judgment on the merits in favor of the remaining answering defendants. *See, e.g.*, *Shanghai Auto. Instrument Co. v. Kuei*, 194 F. Supp. 2d 995, 1006 (N.D. Cal. 2001) (report and recommendation) (noting that courts, "including the Ninth Circuit, have held that *Frow* is not limited to claims asserting joint liability, but extend to certain circumstances in which the defendants have closely related defenses or are otherwise similarly situated").

(2) Whether Century's request for a declaration that no party (*i.e.*, persons other than Mr. Kashama) may sue Century on the insurance policy pursuant to the "Legal Action Against Us" clause is ripe for review.

**The supplemental briefing shall be filed by July 23, 2012.**

Century shall serve a copy of this order on Mr. Kashama within three days of the date of this order and shall file a proof of service on that same date certifying that service of process has been effected.

IT IS SO ORDERED.

Dated: July 16, 2012

_____
EDWARD M. CHEN
United States District Judge