UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAAC K. KASHAMA, et al.,<br><br>　　　　　Defendants. | Case No.  11-cv-05482-WHO<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

Default judgment was entered as to defendant Isaac K. Kashama on August 2, 2012. Defendant Osman Othman filed a Chapter 11 bankruptcy petition on December 16, 2011. Proceedings in bankruptcy court are ongoing, and plaintiff in this case agrees that this case is stayed pending those bankruptcy proceedings. *See* Docket No. 58 at 3. As such, the Court HEREBY STAYS all action on this case in this Court. In order to relieve the parties of the need to update the Court on the status of the case, the Court also ORDERS the case to be ADMINISTRATIVELY CLOSED. In the event a party wishes to reopen the case after the conclusion of the bankruptcy proceedings or if it secures relief from the automatic stay, it may do so by filing a motion to reopen.

**IT IS SO ORDERED**.

Dated: October 17, 2013



WILLIAM H. ORRICK
United States District Judge